# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DEXTER GATBONTON,

 *Petitioner*,

vs.

JANET NAPOLITANO, *et al.*

 *Respondents*.

2:12-cv-01897-JCM-CWH

ORDER

  This represented immigration habeas matter under 28 U.S.C. § 2241 comes before the court for initial review under 28 U.S.C. § 2243.

  In two previous cases: Nos. 2:12-cv-01439-JCM-CWH and 2:12-cv-01858-MMD-PAL, the court dismissed petitions brought by petitioner without prejudice that presented essentially the same matter to the court as the current action. While the papers contained a number of deficiencies, the court dismissed the first prior action after petitioner failed to amend the petition to name his immediate custodian as a respondent after being given an opportunity to do so and also dismissed the second prior action for failure to name petitioner's immediate custodian as a respondent.

  Once again in the current action, the petition does not name petitioner's immediate custodian as a respondent. Petitioner's counsel might consider whether it is beneficial to his client's interests to file the same defective papers in a third action and expect a different result. It is, yet again, a waste of time for all concerned, including this court.

  This action therefore will be dismissed without prejudice. The court does so given that: (a) petitioner failed to amend the first prior petition after being given an opportunity to do so and instead

sought to avoid the court's orders in the two prior cases by filing the same defective papers again in this action; and (b) a new and properly commenced action will not be subject to a time-bar or other preclusion given the nature of the underlying claims challenging petitioner's continued immigration detention. As previously admonished, counsel should assume that similar efforts to circumvent the court's rulings in the prior cases by filing the same papers in a new action will lead to the same outcome.

**IT IS THEREFORE ORDERED** that this action shall be **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED** that the clerk of court shall enter final judgment accordingly.

DATED:  November 27, 2012.

_____
UNITED STATES DISTRICT JUDGE